**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| DANIEL SAUL COVEN,              )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br>     Vs.                         )<br>                                 )<br>UNITED STATES OFFICE OF          )<br>PERSONNEL MANAGEMENT,            )<br>                                 )<br>                                 )<br>          Defendant.             )<br>_____) | No. CIV 07-1831 PHX RCB<br><br>O R D E R |

**IT IS HEREBY ORDERED** that this action is stayed in all respects pending notification filed with the court and served upon plaintiff, by defendant, the United States Office of Personnel Management, indicating whether or not plaintiff has exhausted his administrative remedies.  Such notification shall be provided within ninety (90) days of the date of this Order;

IT IS FURTHER ORDERED that defendant's response, if any, to plaintiff's motion for partial summary judgment (doc. 13) and plaintiff's motion to compel discovery (doc. 23), shall be filed and served within thirty (30) days of the date upon which the above

notification is filed and served. Replies, if any, shall be filed and served in accordance with the Local Rules of the District of Arizona.

DATED this 5th day of June, 2008.

/s/ Robert C. Broomfield
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record

-2-