**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Saul Coven,              )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br>     vs.                         )<br>                                 )<br>United States Office of          )<br>Personnel Management             )<br>                                 )<br>          Defendant.             )<br>_____) | No. CIV 07-1831-PHX-RCB<br><br>O R D E R |

On July 11, 2008, plaintiff *pro se* filed a "Petition to Dismiss Motion to Stay and Reverse Order to Stay" (doc. 26). Among other things, plaintiff is seeking to have this court reverse its June 5, 2008, order staying this action for ninety (90) days pending notification by defendant "indicating whether or not plaintiff has exhausted his administrative remedies." See Doc. 24 at 1.

Plaintiff is seeking to reverse that stay order because supposedly he never received the motion to stay due to his change of address, and thus could not "respond timely" to that motion. Doc. 26 at 1. The court's docket sheet reflects, however, that on

1 | April 29, 2008, plaintiff filed his "Notice of Change of Address"
2 | (doc. 18).  Moreover, the certificate of service attached to the
3 | defendant's motion for a stay indicates that plaintiff was served
4 | at his new address.  <u>See</u> Doc. 22 at 4.  Thus, because it appears to
5 | the court that plaintiff did have notice of the stay motion,
6 |     IT IS ORDERED that plaintiff's "request[]" to have that motion
7 | "dismissed[,]" and the stay order reversed, is DENIED.  <u>See</u> Doc. 26
8 | at 1.
9 |     DATED this 17th day of July, 2008.

*/s/ Robert C. Broomfield*
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and to plaintiff *pro se*

-2-