**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Daniel Saul Coven,          )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     vs.                     )<br>                             )<br>United States Office of      )<br>Personnel Management,        )<br>                             )<br>          Defendant.         )<br>_____) | No. CIV 07-01831 PHX RCB<br><br>O R D E R |

On June 5, 2008, this court entered an order staying this action for ninety (90) days. Doc. 24. Thereafter, plaintiff "request[ed]" that the court "stay" that previously granted motion to dismiss and that the court also "reverse[]" that stay order. Doc. 26 at 1:16-17. By order dated and entered July 17, 2008, the court denied plaintiff that requested relief. See Doc. 28.

On July 21, 2008, plaintiff filed what he styled a "Second Petition to Dismiss Motion to Stay and Reverse Order to Stay[,]" seeking "reconsideration" of the July 17, 2008 order. Doc. 29 at 1:12-13; and 17. Plaintiff acknowledges that he had "constructive

1  notice" of the defendant's original stay motion, but now claims
2  that he did not have "actual notice" and so could not timely
3  respond.  Id. at 1:22-23.
4       The circumstances under which reconsideration is appropriate
5  are fairly circumscribed under LRCiv 7.2(g).  That Rule provides
6  that "ordinarily" a court will "deny a motion for reconsideration
7  of an Order absent a showing of manifest error or a showing of new
8  facts or legal authority that could not have been brought to its
9  attention earlier with reasonable diligence."  LRCiv 7.2(g)(1).
10 Plaintiff's petition seeking reconsideration does not satisfy that
11 standard.  Therefore, as LRCiv 7.2(g)(1) permits[1] the court hereby
12 DENIES plaintiff's motion for reconsideration (doc. 29) in its
13 entirety.
14      IT IS ORDERED.
15      DATED this 4th day of August, 2008.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and plaintiff *pro se*

---

[1] That Rule expressly provides that "[f]ailure to comply with th[at] subsection may be grounds for denial of the motion."  LRCiv 7.2(g)(1).

-2-