DIANE J. HUMETEWA
United States Attorney
District of Arizona

MICHAEL A. JOHNS
Assistant U.S. Attorney
Arizona State Bar No. 3803
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
E-Mail: mike.johns@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Saul Coven,<br><br>          Plaintiff,<br><br>     v.<br><br>United States Office of Personnel Management,<br><br>          Defendant. | CIV-07-1831-PHX-RCB<br><br>**RESPONSE (NON-OPPOSITION) TO MOTION TO STAY** |

Defendant OPM was disinclined to agree to a stay pending administrative appeal of the October 17, 2008 fee estimate because nearly two months had passed and no appeal had been filed as of at that time. In addition, it did not appear to make sense that Plaintiff would be willing to pay **any** substantial amount for the information because he can obtain what he needs to keep his jobs data current from the free daily data feed. Plaintiff has now filed his appeal of the fee matter with OPM's Office of General Counsel and indicates in his Motion to Stay that he is willing to pay a "reasonable" fee for the information. While OPM disagrees with the remaining arguments about how fees are estimated in the regulations, OPM does not oppose Plaintiff's Motion to Stay this action (Document No. 53) including extending his Reply to OPM's Response to Plaintiff's Cross-Motion for Summary Judgment until 30 days after the Office of General Counsel decides his appeal regarding the fee estimate.

1 | Respectfully submitted this 5th day of January, 2009.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

*S/Michael A. Johns*

MICHAEL A. JOHNS
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2009, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Daniel Saul Coven
30 W. Carter Drive, Apt. 10-108
Tempe, AZ 85282
Plaintiff

*_S/I.Millsaps*_____

2